

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00748-CV

**IN RE** Eukesha **MAYE**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
               Irene Rios, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: December 18, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On October 23, 2019, relator filed a petition for writ of mandamus. Relator also filed a motion for stay of the underlying proceedings pending final resolution of the petition for writ of mandamus, which this court granted on October 24, 2019. The real party in interest filed a response, to which relator replied. After considering the petition, response, reply, and record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The stay imposed on October 24, 2019 is lifted.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2006-CI-04682, styled *In the Interest of C.K.W. and C.K.W., Children*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.